IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES HAMBRICK and ) | |
| DENISE HAMBRICK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:14-1052 |
| ) | Judge Trauger |
| HAMID MASHHOON, et al, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On January 30, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 13), to which no timely objections have been filed. The Report and Recommendation is there **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** the Motion to Dismiss filed by defendants Kaelin and French (Docket No. 9) is **GRANTED,** and the claims against these two defendants are **DISMISSED** with prejudice.

This case shall be returned to the Magistrate Judge for further handling under the original referral order.

It is so **ORDERED.**

Enter this 24th day of February 2015.

_____
ALETA A. TRAUGER
U.S. District Judge