```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

JAMES HAMBRICK and           )
DENISE HAMBRICK,             )
                             )
        Plaintiffs           )
                             )        No. 3:14-1052
v.                           )        Judge Trauger/Bryant
                             )        **Jury Demand**
HAMID MASHHOON, *et al.*,    )
                             )
        Defendants           )

**TO:   THE HONORABLE ALETA A. TRAUGER**

## REPORT AND RECOMMENDATION

After an extended period of inactivity in this case, the undersigned Magistrate Judge on July 29, 2016, entered an order requiring Plaintiffs to show cause on or before August 19, 2016, why this case should not be dismissed for their failure to prosecute. This order admonished Plaintiffs that their failure to respond may cause the undersigned Magistrate Judge to recommend that this case be dismissed (Docket Entry No. 21). Despite this admonition, Plaintiffs have failed to respond to the Court's order. The undersigned Magistrate Judge, therefore, finds that this case should be dismissed for Plaintiffs' failure to prosecute.

## RECOMMENDATION

For the reasons stated above, the undersigned Magistrate Judge recommends that this case be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiffs' failure to prosecute.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has **14 days** from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have **14 days** from receipt of any objections filed in this Report in which to file any responses to said objections. Failure to file specific objections within **14 days** of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn*, 474 U.S. 140 106 S. Ct. 466, 88 L.Ed.2d 435 (1985), *Reh'g denied*, 474 U.S. 1111 (1986).

**ENTER** this 29th day of August, 2016.

/s/  John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge