# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES HAMBRICK, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:14-cv-01052 |
| ) | Judge Trauger |
| ) | |
| HAMID MASHHOON, ET AL., ) | |
| ) | |
| Defendants. | |

## **O R D E R**

On August 29, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 24), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

It is so **ORDERED**.

ENTER this 5th day of October 2016.

_____
ALETA A. TRAUGER
U.S. District Judge