IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES HAMBRICK, ET AL. ) | |
| ) | |
| v. ) | NO. 3:14-1052 |
| ) | JUDGE TRAUGER |
| HAMID MASHHOON, ET AL. ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/6/2016 as to the order entered 10/6/2016 at DE#27.

      KEITH THROCKMORTON, CLERK
      s/Dalaina Thompson, Deputy Clerk